# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WEARFORCE, PTY LTD.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TALON ENGINEERING, SDN BHD,<br><br>　　　　Defendant,<br><br>AND RELATED COUNTERCLAIMS. | Case No.: 3:21-cv-00284-MMD-CSD<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Wearforce PTY LTD. and Defendant TALON Engineering, SDN BHD, subject to the approval of the Court, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims and counterclaims in the above-captioned action are dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

Date: November 22, 2022

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/ J. Bradley Luchsinger<br>HARNESS, DICKEY & PIERCE PLC<br>GLENN E. FORBIS (pro hac vice)<br>J. BRADLEY LUCHSINGER (pro hac vice)<br>5445 Corporate Drive, Suite 200<br>Troy, MI 48098<br>248-641-1600<br>gforbis@hdp.com<br>bluchsinger@hdp.com | /s/ Matthew Satchwell<br>Matthew Satchwell (Pro Hac Vice)<br>Illinois Bar No. 6290672<br>DLA PIPER LLP (US)<br>444 West Lake St, Ste 900<br>Chicago, IL 60606<br>Tel:  312-368-2111<br>Fax:  312-236-7516<br>Email: matthew.satchwell@us.dlapiper.com |

| | |
|---|---|
| /s/ Steven A. Caloiaro<br>DICKINSON WRIGHT PLLC<br>STEVEN A. CALOIARO<br>Nevada Bar No. 12344<br>100 W. Liberty Street, Suite 940<br>Reno, Nevada 89501<br>Tel.: (775) 343-7500<br>Fax: (844) 670-6009<br>scaloiaro@dickinsonwright.com<br><br>*Attorneys for Plaintiff/Counterdefendant*<br>*WearForce, Pty Ltd.* | /s/ Matthew D. Francis<br>BROWNSTEIN HYATT<br>FARBER SCHRECK, LLP<br>Matthew D. Francis (NV Bar No. 6978)<br>5520 Kietzke Lane, Suite 110<br>Reno, NV 89511<br>Telephone: (775) 324-4100<br>Facsimile: (775) 333-8171<br>E-mail: mfrancis@bhfs.com<br><br>*Attorneys for Defendant*<br>*Talon Engineering SDN BHD* |

It is therefore ordered that this case is dismissed with prejudice pursuant to the stipulation of the parties. The Clerk of Court is directed to close this case.

DATED THIS 23rd Day of November 2022.

_____
Miranda M. Du,
Chief U.S. District Judge